UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>AVTECH DIRECT, et al.,<br><br>        Defendants. | CASE NO. C04-2171RSM<br><br>ORDER ON MOTION TO STAY DISCOVERY |

This matter is before the Court for consideration of the parties' cross-motions on discovery. Defendant Gary Hunziker has moved for a stay of discovery because he is incarcerated. Dkt. # 22. Plaintiff State of Washington has responded with a "motion" opposing defendant Hunziker's motion. Dkt. # 25.

Defendant has shown no specific harm that will occur if discovery is not stayed. Contrary to his assertion, the interest of judicial economy is not served by staying discovery. To the extent that this defendant is unable to produce specific documents while incarcerated, the discovery deadline may be extended upon motion of any party.

Accordingly, defendant's motion for a stay of discovery (Dkt. # 22) is DENIED. Plaintiff's motion in opposition is STRICKEN as moot.

DATED this      1      day of  November  2005.

                                      RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER