1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| STATE OF WASHINGTON, | NO.  CV04-2171RSM |
| Plaintiff, | |
| v. | ORDER GRANTING RELIEF ON PLAINTIFF'S MOTION FOR RELIEF AGAINST AVTECH DIRECT, also doing business as AVTECH COMPUTERS, a California Corporation; and EDUCATIONAL PURCHASING SERVICES |
| AVTECH DIRECT, also doing business as AVTECH COMPUTERS and EDUCATIONAL PURCHASING SERVICES; ARLENE SEDIQZAD, also known as ARLENE GRANT and ARLENE HUNZIKER, manager of AVTECH DIRECT, individually and on behalf of her marital community; and GARY HUNZIKER, manager of AVTECH DIRECT, individually and on behalf of his marital community; MD&I CORPORATION, a California for-profit corporation; and MIN HUI ZHAO, also known as MICHAEL ZHAO, individually, and on behalf of his marital community, | |
| Defendants. | |

21

22

23

24

25

26

        This matter having come before the Court on Plaintiff's Motion to for an order of

default and for relief against AVTECH DIRECT, also doing business as AVTECH

COMPUTERS, a California Corporation; and EDUCATIONAL PURCHASING SERVICES,

a California corporation; and MD&I CORPORATION, a California for-profit corporation, and

ORDER GRANTING PLAINTIFF'S MOTION
OPPOSING DEFENDANT'S MOTION TO
STAY DISCOVERY -- NO.  CV04-2171RSM

1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
900 Fourth Avenue, Suite 2000
Seattle, Washington 98164-1012
206.464.7744

1 || the Court having reviewed Plaintiff's Motion and accompanying documents, and Defendants'

2 || Response, if any, and Plaintiff's Reply and attachment thereto, if any, hereby,

3 ||      ORDERS that Plaintiff's Request for Relief in its Motion for a Default Order against

4 || AVTECH DIRECT, also doing business as AVTECH COMPUTERS, a California

5 || Corporation; and EDUCATIONAL PURCHASING SERVICES, a California corporation is

6 || GRANTED as follows:

7 ||      1.    Defendants and all successors, assigns, transferees, officers, agents, servants,

8 || employees, representatives, and all other persons or entities in active concert or participation

9 || with defendant are hereby enjoined and permanently restrained in the State of Washington

10 || from directly or indirectly engaging in any of the following conduct:

11 ||         1.    Using false or misleading information in the subject line of a

12 || commercial electronic mail message.

13 ||         2.    Initiating the transmission of a commercial electronic mail message

14 || with false or misleading header information;

15 ||         3.    Misrepresenting the identity of the sender or the point of origin of a

16 || commercial electronic mail message.

17 ||         4.    Engaging in any conduct in violation of the Controlling the Assault of

18 || Non-Solicited Pornography and Marketing Act ("CAN-SPAM Act"), 15 U.S.C. § 7701,

19 || et seq.

20 ||         5.    Making any misrepresentations in the context of any advertising of

21 || products or services.

22 ||         6.    Creating a false sense of urgency, exclusivity, or a restriction on

23 || available products or services in the context of any advertising of services or products.

24 ||         7.    Failing to stop sending unsolicited electronic mail messages to any

25 || consumer who, by any means whatsoever, has requested to not receive future such

26 || messages from defendant.

ORDER GRANTING PLAINTIFF'S MOTION
OPPOSING DEFENDANT'S MOTION TO
STAY DISCOVERY -- NO. CV04-2171RSM

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
900 Fourth Avenue, Suite 2000
Seattle, Washington 98164-1012
206.464.7744

1

8.      Falsely implying directly or indirectly that a commercial electronic mail

2    solicitation is official, administrative in nature, or originates from the recipients' place

3    of business.

4

9.      Engaging in any conduct which violates RCW 19.86, the Unfair

5    Business Practices – Consumer Protection Act.

6

10.     Engaging in the practices described 2.12 through 2.21 of the Findings

7    of Fact herein.

8

11.     Failing to monitor the methods advertisers use to market its products to

9    consumers over the Internet or through email.

10

12.     Marketing or selling its products through advertisers who violate RCW

11   19.190, the Unsolicited Commercial Electronic Mail Act, or the Controlling the Assault of Non-

12   Solicited Pornography and Marketing Act ("CAN-SPAM Act"), 15 U.S.C. § 7701, et seq;

13

2.      Defendants shall pay Plaintiff's costs and attorney's fees in the amount of

14   $67,882.80.  Interest on any unpaid balance of this amount shall accrue in the amount of 12%

15   per annum;

16

3.      Defendants shall pay $3 million in civil penalties; and

17

4.      Defendants shall pay damages in the amount of $375,000.00 to the Seattle

18   School District.

19

DATED this _5____ day of December, 2005.

20

21

_____

RICARDO S. MARTINEZ
22   UNITED STATES DISTRICT JUDGE

23

24

25

26

ORDER GRANTING PLAINTIFF'S MOTION          3          ATTORNEY GENERAL OF WASHINGTON
OPPOSING DEFENDANT'S MOTION TO                          Consumer Protection Division
STAY DISCOVERY -- NO. CV04-2171RSM                     900 Fourth Avenue, Suite 2000
                                                       Seattle, Washington 98164-1012
                                                       206.464.7744

1 | Presented by:

2 | ROB McKENNA
Attorney General

3 |

/s/ Katherine Tassi
4 |   KATHERINE TASSI, WSBA #32908
katherinet@atg.wa.gov
5 | Assistant Attorney General
PAULA SELIS, WSBA #12823
6 | Senior Counsel
paulas@atg.wa.gov
7 | Attorneys for Plaintiff
State of Washington

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

ORDER GRANTING PLAINTIFF'S MOTION
OPPOSING DEFENDANT'S MOTION TO
STAY DISCOVERY  --  NO.  CV04-2171RSM

4