1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>AVTECH DIRECT, also doing business as AVTECH COMPUTERS and EDUCATIONAL PURCHASING SERVICES; ARLENE SEDIQZAD, also known as ARLENE GRANT and ARLENE HUNZIKER, manager of AVTECH DIRECT, individually and on behalf of her marital community; and GARY HUNZIKER, manager of AVTECH DIRECT, individually and on behalf of his marital community; MD&I CORPORATION, a California for-profit corporation; and MIN HUI ZHAO, also known as MICHAEL ZHAO, individually, and on behalf of his marital community,<br><br>               Defendants. | NO. CV04-2171RSM<br><br>ORDER GRANTING RELIEF ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST GARY HUNZIKER |

This matter having come before the Court on Plaintiff's Motion for Summary Judgment and for relief against Gary Hunziker, and the Court having reviewed Plaintiff's Motion and

ORDER GRANTING RELIEF ON
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AGAINST GARY HUNZIKER--
NO. CV04-2171RSM

1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
900 Fourth Avenue, Suite 2000
Seattle, Washington 98164-1012
206.464.7744

1  accompanying documents, and Defendant's Response, if any, and Plaintiff's Reply and

2  attachment thereto, if any, hereby,

3       FINDS that there are no disputed material issues of fact; that Defendant engaged in

4  conduct that violated the Controlling the Assault of Non-Solicited Pornography and Marketing

5  Act ("CAN-SPAM Act"), 15 U.S.C. § 7701, et seq.; has engaged in conduct that violated RCW

6  19.190, the Commercial Electronic Mail Act ("UCE Act"), and that such violations constitute per

7  se violations of the Consumer Protection Act, RCW 19.86, et seq.; and has engaged in conduct

8  that violated RCW 19.86, the Unfair Business Practices-Consumer Protection Act ("Consumer

9  Protection Act"); and

10       ORDERS that Plaintiff's Motion for Summary Judgment is GRANTED and Plaintiff's

11  Request for Relief in its Motion for Summary Judgment against Gary Hunziker is GRANTED

12  as follows:

13       1.    Defendant and all successors, assigns, transferees, officers, agents, servants,

14  employees, representatives, and all other persons or entities in active concert or participation

15  with Defendant are hereby enjoined and permanently restrained in the State of Washington

16  from directly or indirectly engaging in any of the following conduct:

17       a.    Using false or misleading information in the subject line of a

18  commercial electronic mail message.

19       b.    Initiating the transmission of a commercial electronic mail message

20  with false or misleading header information;

21       c.    Misrepresenting the identity of the sender or the point of origin of a

22  commercial electronic mail message.

23       d.    Engaging in any conduct in violation of the Controlling the Assault of

24  Non-Solicited Pornography and Marketing Act ("CAN-SPAM Act"), 15 U.S.C. § 7701,

25  et seq.

26

ORDER GRANTING RELIEF ON
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AGAINST GARY HUNZIKER--
NO.  CV04-2171RSM

2

1
2

      e.     Making any misrepresentations in the context of any advertising of products or services.

3
4

      f.     Creating a false sense of urgency, exclusivity, or a restriction on available products or services in the context of any advertising of services or products.

5
6
7

      g.     Failing to stop sending unsolicited electronic mail messages to any consumer who, by any means whatsoever, has requested to not receive future such messages from Defendant.

8
9
10

      h.     Falsely implying directly or indirectly that a commercial electronic mail solicitation is official, administrative in nature, or originates from the recipients' place of business.

11
12

      i.     Engaging in any conduct which violates RCW 19.86, the Unfair Business Practices – Consumer Protection Act.

13
14
15

2.     Defendant shall pay Plaintiff's costs and attorneys' fees in the amount of $21,369.00.  Interest on any unpaid balance of this amount shall accrue in the amount of 12% per annum;

16

3.     Defendant shall pay $500,000 in civil penalties; and

17
18

4.     Defendant shall pay restitution in the amount of $10,000 to the Seattle School District.

19

SO ORDERED this 19th day of May, 2005.

20
21
22
23

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

24
25
26

ORDER GRANTING RELIEF ON
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT AGAINST GARY HUNZIKER--
NO.  CV04-2171RSM

3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
900 Fourth Avenue, Suite 2000
Seattle, Washington 98164-1012
206.464.7744

1

2     Presented by:

3     ROB McKENNA
      Attorney General
4
      /s/ Katherine Tassi
5       KATHERINE TASSI, WSBA #32908
      katherinet@atg.wa.gov
6     Assistant Attorney General
      PAULA SELIS, WSBA #12823
7     Senior Counsel
      paulas@atg.wa.gov
8     Attorneys for Plaintiff
      State of Washington
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING RELIEF ON                4       ATTORNEY GENERAL OF WASHINGTON
PLAINTIFF'S MOTION FOR SUMMARY                        Consumer Protection Division
JUDGMENT AGAINST GARY HUNZIKER--                     900 Fourth Avenue, Suite 2000
NO.  CV04-2171RSM                                   Seattle, Washington 98164-1012
                                                          206.464.7744